RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/15/09
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RICHARD P. JONES | CIVIL ACTION NO. 08-1993 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TIMOTHY WILKINSON, WARDEN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 9], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's motion to voluntarily dismiss Claims 1, 2, and 3 of the petition for writ of *habeas corpus* [Doc. No. 8] be **GRANTED** and that those claims be **DISMISSED**; and,

**IT IS FURTHER ORDERED** that the remaining claims of ineffective assistance of counsel – Claims 4, 5, 6, 7, and 8 – be **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 4 since it plainly appears from the face of the petition and exhibits that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 15 day of September, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE