RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RICHARD P JONES** | **CIVIL ACTION NO. 3:08CV1993** |
| **VERSUS** | **JUDGE JAMES** |
| **WARDEN WINN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right: N/

Signed at Monroe, Louisiana, this 5 day of October, 2009.

Robert G. James
UNITED STATES DISTRICT JUDGE